**1326 BOARD OF SUPERVISORS (Bay) vs. BOARD OF SUPERVISORS (Arenac), No. 15669, 3 D. L. N., 601. (Certiorari to Bay.)**

To compel respondent to raise by tax amounts apportioned to Bay County for State taxes, and which were paid by that county, but which should have been paid by Arenac.

The circuit judge denied the writ. Affirmed December 9, 1896, with costs.

Held, that where money has been paid by one county to the use of another, mandamus will not lie.

**1327 HIGGINS TOWNSHIP vs. BOARD OF SUPERVISORS (Midland), 52 M., 16.**

To compel provision for payment of a balance due on settlement of accounts.

Granted October 31, 1883.

Held, that in showing cause in such case record issues should be set forth as they stand.